UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Kimberly Kjessler,

    Plaintiff(s),

v.

Zaappaaz, Inc., et al.

    Defendant(s).

Civil Case No. 3:17-CV-01361-SB

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Theodore B. Bell** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Bell** (Last Name)  **Theodore** (First Name)  **B.** (MI)  (Suffix)

Firm or Business Affiliation: Wolf Haldenstein Adler Freeman & Herz LLP

Mailing Address: 70 West Madison Street, Suite 1400

City: Chicago  State: IL  Zip: 60602

Phone Number: (312) 984-0000  Fax Number: (312) 214-3110

Business E-mail Address: tbell@whafh.com

(2) **BAR ADMISSIONS INFORMATION:**

   (a)  State bar admission(s), date(s) of admission, and bar ID number(s):
State Bar of Michigan, 05/20/1993, P47987
State of Illinois, 05/10/2001, Attorney No. 6273743

   (b)  Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern District of Illinois, 01/14/2000
Eastern District of Michigan, 10/09/2012
See attached for complete list

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a)  ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b)  ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Kimberly Kjessler

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 7th day of September, 2017

_(Signature of Pro Hac Counsel)_

Theodore B. Bell
_(Typed Name)_

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __8th__ day of __September__, __2017__

_____
(Signature of Local Counsel)

Name: __Dubanevich__ __Keith__ __S.__
        (Last Name)      (First Name)      (MI)      (Suffix)

Oregon State Bar Number: __975200__

Firm or Business Affiliation: __Stoll Stoll Berne Lokting & Shlachter, PC__

Mailing Address: __209 SW Oak Street, Suite 500__

City: __Portland__    State: __OR__    Zip: __97204__

Phone Number: __(503) 227-1600__    Business E-mail Address: __kdubanevich@stollberne.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## THEODORE B. BELL

| Court | Admission Date | |
|---|---|---|
| State Bar of Michigan (P47987) | 05/20/1993 | In Good Standing |
| U.S. District Court for the Central District of Illinois | 10/12/1999 | In Good Standing |
| U.S. District Court for the Northern District of Illinois | 01/14/2000 | In Good Standing |
| U.S. District Court for the Southern District of Illinois | 11/27/2000 | In Good Standing |
| State Bar of Illinois (Atty. No. 6273743) | 05/10/2001 | In Good Standing |
| U.S. Court of Appeals for the Seventh Circuit | 05/31/2001 | In Good Standing |
| U. S. District Court for the Eastern District of Michigan | 10/09/2012 | In Good Standing |
| U. S. Court of Appeals for the Ninth Circuit | 11/30/2012 | In Good Standing |

53271