**Micah D. Fargey** (OSB No. 096814)
micah@fargeylaw.com
FARGEY LAW PC
7455 SW Bridgeport Road, Suite 220
Portland, Oregon 97224
Telephone: (503) 946-9426
Facsimile: (503) 342-8332

**Al Van Kampen** (WSBA No. 13670)
AVanKampen@VKClaw.com
**David E. Crowe** (WSBA No. 43529)
DCrowe@VKClaw.com
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone: (206) 386-7353
Facsimile: (206) 405-2825

Attorney for Defendants
**Custom Wristbands Inc. and
Christopher Angeles**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| KIMBERLY KJESSLER, individually and on behalf of all others similarly situated, | Case No. 3:17-CV-01361-SB |
| Plaintiff, | APPLICATION FOR SPECIAL ADMISSION – *Pro Hac Vice* |
| vs. | |
| ZAAPPAAZ, INC. d/b/a WB Promotions, Inc., d/b/a Wrist-Band.com, d/b/a Customlanyard.net; AZIM MAKANOJIYA; CUSTOM WRISTBANDS INC. d/b/a Kulayful Silicone Bracelets, d/b/a Kulayful.com, d/b/a Speedywristbands.com, d/b/a Promotionalbands.com, d/b/a | |

Wristbandcreation.com, d/b/a
1inchbracelets.com; CHRISTOPHER
ANGELES; NETBRANDS MEDIA CORP.
d/b/a 24hourwristbands.com d/b/a
imprint.com f/k/a Lightbeam, Inc.; GENNEX
MEDIA, LLC d/b/a brandnex.com; CASAD
COMPANY d/b/a Totally Promotional.

                       Defendants.

Attorney David E. Crowe requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Crowe          David          E.
(Last Name)    (First Name)    (MI)    (Suffix)
Firm or Business Affiliation: Van Kampen & Crowe PLLC
Mailing Address: 1001 4th Avenue, Suite 4050
City: Seattle    State: Washington    Zip: 98154
Phone Number: 206-386-7353    Fax Number: 206-405-2825
Business E-mail Address: DCrowe@VKClaw.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
Washington, 03/15/11, WSBA No. 43529
California, 06/02/03, Calif. Bar No. 224895

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Western District of Washington, 06/08/11
9th Circuit Court of Appeals, 10/13/15
Northern District of California, 2003
Eastern District of California, 2003
Western District of California, 2003
Southern District of California, 2003

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendants Custom Wristbands Inc. and Christopher Angeles

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 9th day of October, 2017

*/s/ David E. Crowe*
David E. Crowe

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

    ☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 9th day October, 2017

*[signature]*

Micah D. Fargey

Name: Fargey        Micah        D.
(Last Name)   (First Name)   (MI)   (Suffix)
Firm or Business Affiliation: Fargey Law PC
Mailing Address: 7455 SW Bridgeport Road, Suite 220
City: Portland   State: Oregon   Zip: 97224
Phone Number: 503-946-9426   Fax Number: 503-342-8332
Business E-mail Address: micah@fargeylaw.com

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, __

_____
Judge