Carl V. Malmstrom (*admitted Pro Hac Vice*)
**WOLF HALDENSTEIN**
**ADLER FREEMAN & HERZ LLC**
70 W. Madison St., Suite 1400
Chicago, Illinois 60602
Telephone:   (312) 984-0000
Facsimile:    (312) 212-4401

Attorneys for Plaintiff and the Proposed Class

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KIMBERLY KJESSLER, individually and on behalf of all others similarly situated, | Case No.: 3-17-cv-1361 |
| | Magistrate Judge Stacie F. Beckerman |
| Plaintiff(s), | |
| v. | |
| ZAAPPAAZ, INC. d/b/a WB Promotions, Inc., d/b/a Wrist-Band.com, d/b/a Customlanyard.net; AZIM MAKANOJIYA; CUSTOM WRISTBANDS INC. d/b/a Kulayful Silicone Bracelets, d/b/a Kulayful.com, d/b/a Speedywristbands.com, d/b/a Promotionalbands.com, d/b/a Wristbandcreation.com, d/b/a 1inchbracelets.com; CHRISTOPHER ANGELES; NETBRANDS MEDIA CORP. d/b/a 24hourwristbands.com d/b/a imprint.com f/k/a Lightbeam, Inc.; GENNEX MEDIA, LLC d/b/a brandnex.com; CASAD COMPANY d/b/a Totally Promotional. | |
| Defendant(s). | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Kimberly Kjessler hereby dismisses the above-captioned action solely as to Defendant Casad Company d/b/a Totally Promotional without prejudice and without fees or costs to any party. No class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

Dated: October 26, 2017	Respectfully submitted,

  /s/ Carl V. Malmstrom
Carl V. Malmstrom (*admitted Pro Hac Vice*)
Theodore B. Bell (*admitted Pro Hac Vice*)
**WOLF HALDENSTEIN**
**ADLER FREEMAN & HERZ LLC**
70 W. Madison St., Suite 1400
Chicago, Illinois 60602
Telephone:	(312) 984-0000
Facsimile:	(312) 212-4401
tbell@whafh.com
malmstrom@whafh.com

Keith S. Dubanevich
Steve Larson
**STOLL STOLL BERNE LOKTING**
**& SHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:    (503) 227-6840
kdubanevich@stollberne.com
slarson@stollberne.com

Fred Taylor Isquith (*to be submitted Pro Hac Vice*)
Thomas H. Burt (*admitted Pro Hac Vice*)
**WOLF HALDENSTEIN**
**ADLER FREEMAN & HERZ LLP**
270 Madison Ave.
New York, New York 10016
Telephone:	(212) 545-4600
Facsimile:	(212) 686-0114
isquith@whafh.com
burt@whafh.com

Attorneys for Plaintiff and the Proposed Class