UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY KJESSLER, KLAIRE RUECKERT, LAURA BRALEY, TIMOTHY HAYDEN and SUMMER LANG, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZAAPPAAZ, INC., AZIM MAKANOJIYA, NETBRANDS MEDIA CORP., MASHNOON AHMED, GENNEX MEDIA, LLC, BRANDECO, L.L.C., AKIL KURJI, CUSTOM WRISTBANDS INC., and CHRISTOPHER ANGELES,<br><br>*Defendants*. | Civil Action No. 4:18-cv-0430 (Consolidated) |

## DECLARATION OF CHRISTOPHER FIRST IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES

I, Christopher M. First, declare as follows:

1. I am a partner at Heim Payne & Chorush LLP. I submit this declaration in support of Plaintiff's motion for an award of attorneys' fees and expenses in connection with the services rendered, and costs and expenses incurred, in the above-captioned action (the "Action").

2. My firm served as Plaintiffs' Counsel in the Action.

3. The schedule attached as Exhibit 1 sets forth my firm's total hours and lodestar, computed at historical rates, for the period of inception of the case through and including today's date. The total number of hours spent by my firm during this period was 44.25, with a corresponding total lodestar (at historical rates) of $17,847.25. This schedule was prepared from contemporaneous daily time records prepared and maintained by my firm. In connection with

representing the Plaintiffs in the Action, my firm did the following: coordinating, drafting, and filing the initial complaints and related administrative filings and requirements; preparing and filing a motion for appointment of lead counsel; preparing and filing scheduling-related motions; consulting with co-counsel regarding local rules and strategy; preparing for and attending a hearing regarding appointment of class counsel. The lodestar amount reflected in Exhibit 1 is for work performed by attorneys and professional staff at or affiliated with my firm for the benefit of the Class. The hourly rates for the attorneys and professional staff in my firm reflected in Exhibit 1 are the usual and customary hourly rates historically charged by my firm in similar complex litigation matters.

4. My firm has expended a total of $452.54 in unreimbursed costs and expenses in connection with the prosecution of the Action from inception of the case through and including today's date. These costs are set forth in the Schedule attached as Exhibit 1 and are reflected in the books and records of my firm. They were incurred on behalf of Plaintiffs by my firm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


By: */s/ Christopher M. First*

Christopher M. First
TX Bar No. 24095112
cfirst@hpcllp.com

Heim, Payne & Chorush LLP
1111 Bagby St., Suite 2100
Houston, TX 77002
T: (713)221-2000  F: (713)221-2021

# EXHIBIT 1

**TO DECLARATION OF CHRISTOPHER FIRST IN SUPPORT OF
MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

# Heim, Payne & Chorush, L.L.P.

1111 Bagby, Suite 2100
Houston, TX 77002
(713) 221-2000
(713) 221-2021
Tax ID 20-4079456

July 15, 2020

Mr. John Radice
Radice Law Firm
34 Sunset Blvd.
Long Beach, NJ  08008

Invoice Number:            2804
Client/Matter No:     1110 -  0010

## Invoice Summary

| | |
|---|---|
| Total fees incurred on this invoice | $17,847.25 |
| Total expenses incurred on this invoice | $452.54 |
| Net current charges | $18,299.79 |
| BALANCE DUE | $18,299.79 |

## Invoice Detail

1110-0010
Local Counsel Re:
Laura Braley, on behalf of herself and all other similarly situated, Plaintifff v. Mashnoon Ahmed; Christopher Angeles; Brandeco, L.L.C. d/b/a BrandNex.com; Casad Company d/b/a Totally Promotional; Custom Wristbands Inc.; Akil Kurji; Azim Makanojiya; Netbrands Media Corp. and Zaappaaz, Inc., Defendants; In the United States District Court for the Southern District of Texas

## Professional services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10\|11\|2017 | MYJ | Correspondence; review complaint; conference with J. Radice. | 1.50 | 550.00 | 825.00 |
| 10\|12\|2017 | CJA | Assist with preparation and filing of complaint, civil cover sheet and summonses; set up electronic files. | 3.00 | 200.00 | 600.00 |
| 10\|12\|2017 | MYJ | Review and revise civil cover sheet; discuss summons with A. Branum and C. Anderson; review final complaint. | 1.50 | 550.00 | 825.00 |
| 10\|13\|2017 | CJA | Make edits to summonses to defendants; update electronic pleading files; calendar dates from the Court's Order for Conference. | 0.50 | 200.00 | 100.00 |
| 10\|13\|2017 | MYJ | Review order; correspondence. | 0.50 | 550.00 | 275.00 |
| 10\|15\|2017 | MYJ | Review MDL filings; review MDL rules; correspondence. | 1.50 | 550.00 | 825.00 |

CUSTOMIZED PROMOTIONAL PRODUCT                                                                                          Page       2
1110          -    0010

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10\|17\|2017 | CJA | Register attorney for CM/ECF notices; download electronic pleading files. | 0.30 | 200.00 | 60.00 |
| 10\|18\|2017 | CJA | File and serve Certificate of Interested Parties; update electronic pleading files. | 0.20 | 200.00 | 40.00 |
| 10\|18\|2017 | MYJ | Review and revise certificate of interested parties; coordinate filing. | 0.75 | 550.00 | 412.50 |
| 10\|27\|2017 | CJA | Update electronic pleading files. | 0.30 | 200.00 | 60.00 |
| 10\|30\|2017 | CJA | Update electronic pleading files. | 0.10 | 200.00 | 20.00 |
| 11\|07\|2017 | CJA | Update electronic pleading files. | 0.10 | 200.00 | 20.00 |
| 11\|13\|2017 | CJA | File motion for attorney's pro hac vice admission; update electronic pleading files. | 0.20 | 200.00 | 40.00 |
| 11\|16\|2017 | MYJ | Review and revise draft motion to appoint lead counsel and related filings. | 3.00 | 550.00 | 1,650.00 |
| 11\|20\|2017 | ALA | Assisted attorney with search for go-bys for Motion for Appoint of Lead Counsel in the Southern District. | 1.00 | 165.00 | 165.00 |
| 11\|20\|2017 | ALA | Assisted attorney with filing Motion for Lead Counsel. | 0.25 | 165.00 | 41.25 |
| 11\|20\|2017 | MYJ | Review, revise and prepare for filing Braley's Motion to Designate a Lead Case, to Consolidate Later-filed cases, and to Appoint Interim Lead and Liason Counsel. | 1.75 | 550.00 | 962.50 |
| 11\|21\|2017 | MYJ | Correspondence regarding summons and service; review Texas RCP 106 and related rules regarding service. | 1.00 | 550.00 | 550.00 |
| 11\|29\|2017 | CJA | Update electronic pleading files. | 0.25 | 200.00 | 50.00 |
| 12\|07\|2017 | CJA | Update electronic pleading files. | 0.10 | 200.00 | 20.00 |
| 12\|14\|2017 | MYJ | Revise response to motion to intervene. | 2.00 | 550.00 | 1,100.00 |
| 12\|15\|2017 | CJA | Update electronic pleading files; calendar hearing date. | 0.10 | 200.00 | 20.00 |
| 12\|18\|2017 | CJA | Update electronic pleading files; file response to motion for limited intervention. | 0.30 | 200.00 | 60.00 |
| 12\|18\|2017 | MYJ | Review response to motion to intervene and coordinate filing. | 1.00 | 550.00 | 550.00 |
| 12\|28\|2017 | CJA | Update electronic pleading files. | 0.10 | 200.00 | 20.00 |
| 01\|08\|2018 | CJA | Update electronic pleading files. | 0.30 | 250.00 | 75.00 |
| 01\|09\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 01\|10\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 02\|01\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 02\|13\|2018 | CJA | Update electronic pleadings files. | 0.10 | 250.00 | 25.00 |

CUSTOMIZED PROMOTIONAL PRODUCT                                                                                      Page      3
1110           -   0010

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02\|22\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 03\|01\|2018 | CJA | Update electronic pleading files. | 0.20 | 250.00 | 50.00 |
| 03\|01\|2018 | MYJ | Review motion to postpone the initial conference and exhibit; correspondence. | 0.25 | 615.00 | 153.75 |
| 03\|05\|2018 | CJA | Update electronic pleading files. | 0.20 | 250.00 | 50.00 |
| 03\|05\|2018 | MYJ | Call Judge Stacy's case manager to discuss motion to postpone; correspondence. | 0.25 | 615.00 | 153.75 |
| 03\|06\|2018 | MYJ | Prepare for and attend initial conference proceeding; correspondence. | 2.00 | 615.00 | 1,230.00 |
| 03\|12\|2018 | CJA | Update electronic pleading files; calendar reset initial conference date. | 0.20 | 250.00 | 50.00 |
| 05\|02\|2018 | MYJ | Attend conference call; correspondence with J. Radice. | 0.50 | 615.00 | 307.50 |
| 05\|07\|2018 | CJA | Update electronic pleading files. | 0.20 | 250.00 | 50.00 |
| 05\|10\|2018 | CJA | Update electronic pleading files. | 0.20 | 250.00 | 50.00 |
| 05\|14\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 05\|25\|2018 | CJA | Update electronic pleading files. | 0.20 | 250.00 | 50.00 |
| 06\|01\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 08\|06\|2018 | MYJ | Correspondence regarding hearing. | 0.50 | 615.00 | 307.50 |
| 08\|06\|2018 | CMF | R/r correspondence re: upcoming hearing. | 1.00 | 425.00 | 425.00 |
| 08\|08\|2018 | CMF | Call with J. Radice; review documents as requested. | 1.75 | 425.00 | 743.75 |
| 08\|09\|2018 | CJA | Update electronic pleading files. | 0.30 | 250.00 | 75.00 |
| 08\|09\|2018 | ETO | File Pro Hac Vice application for C. First. | 0.50 | 195.00 | 97.50 |
| 08\|13\|2018 | CMF | Prepare PHV and appearance forms. | 0.75 | 425.00 | 318.75 |
| 08\|14\|2018 | ETO | Prepare hearing notebook for C. First. | 0.50 | 195.00 | 97.50 |
| 08\|14\|2018 | CMF | Review filings in preparation for 8/15 hearing. | 2.25 | 425.00 | 956.25 |
| 08\|15\|2018 | ETO | Prepare ECF registration form and submit for C. First. | 0.50 | 195.00 | 97.50 |
| 08\|15\|2018 | CMF | Attend hearing re: appointment of class counsel and prepare correspondence re: same. | 3.75 | 425.00 | 1,593.75 |
| 08\|16\|2018 | CJA | Update electronic pleading files; calendar court ordered deadlines. | 0.30 | 250.00 | 75.00 |
| 08\|17\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 08\|20\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 08\|27\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |

CUSTOMIZED PROMOTIONAL PRODUCT                                                                                    Page        4
1110      -   0010

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08\|31\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 09\|19\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 09\|19\|2018 | CJA | Update electronic IPR files and deadlines/due dates tracker. | 0.25 | 250.00 | 62.50 |
| 09\|20\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 10\|02\|2018 | CJA | Update electronic pleading files. | 0.30 | 250.00 | 75.00 |
| 10\|05\|2018 | CJA | Update electronic pleading files; calendar Scheduling Order No. 2 due dates. | 0.25 | 250.00 | 62.50 |
| 10\|10\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 11\|08\|2018 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 11\|18\|2018 | CJA | Update electronic pleading files. | 0.20 | 250.00 | 50.00 |
| 11\|30\|2018 | CJA | Update electronic pleading files. | 0.25 | 250.00 | 62.50 |
| 02\|04\|2019 | CJA | Update electronic pleading files. | 0.25 | 250.00 | 62.50 |
| 02\|11\|2019 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 04\|16\|2019 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 04\|24\|2019 | CJA | Update electronic pleading files; calendar status conference date. | 0.20 | 250.00 | 50.00 |
| 05\|08\|2019 | CJA | Update electronic pleading files. | 0.25 | 250.00 | 62.50 |
| 05\|15\|2019 | CJA | Update electronic pleading files; calendar due date for proposed docket control order and protective order. | 0.10 | 250.00 | 25.00 |
| 06\|20\|2019 | CJA | Revise Motion for Withdrawal as Counsel regarding M. Jones; update electronic pleading files. | 0.50 | 250.00 | 125.00 |
| 08\|08\|2019 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 01\|14\|2020 | CJA | Update electronic pleading files. | 0.10 | 250.00 | 25.00 |
| 01\|16\|2020 | CJA | Update electronic pleading files. | 0.20 | 250.00 | 50.00 |
| 03\|09\|2020 | AAM | Communicate with C. First regarding docketing and distribution. | 0.10 | 250.00 | 25.00 |
| 03\|11\|2020 | KNW | Docket report administrative duties. | 0.10 | 185.00 | 18.50 |
| 04\|02\|2020 | KNW | Docket report administrative duties. | 0.10 | 185.00 | 18.50 |
| 04\|15\|2020 | KNW | Docket report administrative duties. | 0.30 | 185.00 | 55.50 |
| 04\|16\|2020 | KNW | Docket report administrative duties. | 0.10 | 185.00 | 18.50 |
| 05\|19\|2020 | AAM | Communicate with C. First regarding case status; review of order entered setting deadlines; docket deadlines for the the team; download from Pacer recent filings to update the | 1.00 | 250.00 | 250.00 |

CUSTOMIZED PROMOTIONAL PRODUCT                                            Page     5
1110        -   0010

electronic file.

Summary by Timekeeper:

| | | | | | | |
|---|---|---:|---|---:|---|---:|
| AAM | Mcginnis, Angie A. | 1.10 | hours at | $250.00 | per hour | 275.00 |
| ALA | Branum, Amber L. | 1.25 | hours at | $165.00 | per hour | 206.25 |
| CJA | Anderson, Carrie J. | 12.30 | hours at | $227.44 | per hour | 2,797.50 |
| CMF | First, Chris M. | 9.50 | hours at | $425.00 | per hour | 4,037.50 |
| ETO | Torres, Ericka | 1.50 | hours at | $195.00 | per hour | 292.50 |
| KNW | Webb, Kendall N. | 0.60 | hours at | $185.00 | per hour | 111.00 |
| MYJ | Jones, Miranda Y. | 18.00 | hours at | $562.64 | per hour | 10,127.50 |

Total Professional Services:  17,847.25

## Disbursements

| | | | |
|---|---|---|---:|
| 10\|31\|2017 | ZCRT | Court Costs - SOS Searches and Filing Fees USDC, SDTX | 405.14 |
| 01\|08\|2018 | ZOC | Pacer Invoice 3047854 Q2017: Retrieval of Court Documents. | 17.20 |
| 04\|30\|2018 | ZOC | Pacer Service Center - Court Document Retrieval for Q1/2018 | 8.80 |
| 07\|20\|2018 | ZOC | PACER Invoice 3047854 - Q2 April 2018 - June 2018 | 1.30 |
| 10\|17\|2018 | ZOC | PACER - Court Document Retreiver for Q3 - 2018 | 6.20 |
| 04\|30\|2019 | ZOC | PACER Service Center - Court Document Retrieval Service Q1 Invoice | 3.00 |
| 07\|22\|2019 | ZOC | Pacer 2019 Q2 Invoice Retrieval of Court Documents. | 8.20 |
| 10\|14\|2019 | ZOC | PACER 2019 Q3 Invoice - Court Document Retrieval Services. | 2.70 |

Total Disbursements:  $452.54