UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY KJESSLER, KLAIRE RUECKERT, LAURA BRALEY, TIMOTHY HAYDEN and SUMMER LANG, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZAAPPAAZ, INC., AZIM MAKANOJIYA, NETBRANDS MEDIA CORP., MASHNOON AHMED, GENNEX MEDIA, LLC, BRANDECO, L.L.C., AKIL KURJI, CUSTOM WRISTBANDS INC., and CHRISTOPHER ANGELES,<br><br>*Defendants*. | Civil Action No. 4:18-cv-0430 (Consolidated) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF COSTS, AND INCENTIVE AWARDS

Pending before the Court is the Plaintiffs' Amended Motion for Attorneys' Fees, Reimbursement of Costs, and Incentive Awards. After review of the motion and the record in this case, and good cause being shown, the Court GRANTS the motion.

**IT IS SO ORDERED**.

Dated this ___ day of _____, 2020

_____
HON. NANCY F. ATLAS
SENIOR U.S. DISTRICT JUDGE

1