United States District Court
Southern District of Texas
**ENTERED**
October 14, 2020
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**: 18-CV-0430

**Style**: Kimberly Kjessler, *et al.*, v. Zaappaaz, Inc., *et al.*,

**Appearances**:

| | |
|---|---|
| Warren Burns | Plaintiffs |
| Jeremy Stone | Defendants: Zaappaaz Inc., Azim Makanojiya |
| Jeffrey Bank | Defendants: Netbrands Media Corp., Mashnoon Ahmed |

**Date**: October 14, 2020  **ERO**: Yes
**Time**: 10:06 a.m. - 10:45 a.m.  **Interpreter**:

**At the hearing the Court made the following rulings**:

Final approval hearing held. Parties outline the settlement agreement on the record.

Motion for Approval of Final Approval of Class Action Settlement [Doc. # 203] is GRANTED in accordance with the record in open court. Written order to follow.

Amended Motion for Attorneys' Fees, Reimbursement of Costs, and Incentive Awards [Doc. # 205] is GRANTED in accordance with the record in open court.

**SIGNED** at Houston, Texas this 14th day of October, 2020.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE