United States District Court
Southern District of Texas

**ENTERED**

October 16, 2020

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| KIMBERLY KJESSLER, KLAIRE RUECKERT, LAURA BRALEY, TIMOTHY HAYDEN and SUMMER LANG, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ZAAPPAAZ, INC., AZIM MAKANOJIYA, NETBRANDS MEDIA CORP., MASHNOON AHMED, GENNEX MEDIA, LLC, BRANDECO, L.L.C., AKIL KURJI, CUSTOM WRISTBANDS INC., and CHRISTOPHER ANGELES, <br><br> *Defendants*. | Civil Action No. 4:18-cv-0430 (Consolidated) |

**ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR ATTORNEYS'**
**FEES, REIMBURSEMENT OF COSTS, AND INCENTIVE AWARDS**

Pending before the Court is the Plaintiffs' Amended Motion for Attorneys' Fees, Reimbursement of Costs, and Incentive Awards. After review of the motion and the record in this case, and good cause being shown, the Court GRANTS the motion as follows:

1. The Court awards $1,066,500 in fees to class counsel;

2. The Court further awards $60,162.76 in reimbursement of counsel's reasonable expenses; and

3. The Court authorizes the payment of $1,000 to each of the class representatives.

**IT IS SO ORDERED**.

Dated this 16th day of October, 2020

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE